UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIRLEY M. KEECH,

    Plaintiff,

v.                                            Case No.  8:11-cv-751-T-30AEP

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss With Prejudice and Notice of Settlement (Dkt. #3).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion to Dismiss With Prejudice (Dkt. #3) is GRANTED.

2.     This cause is dismissed with prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-751.dismiss 3.wpd